The Bowery Savings Bank, Plaintiff, v. Meta-Louise Realty Co., Inc., and Others, Defendants. Benjamin Weiss, Appellant; Francis M. Frank, Receiver, Respondent.— Order directing appellant to deliver to the receiver or his attorney all of the leases affecting the tenancies of the premises under foreclosure affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.